ROBERT GITLIN, an Infant, by CELIA GITLIN, His Guardian ad Litem, and Another, Respondents, v. DI MARCO & REIMANN, INC., Appellant.— Judgment

affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.